200260

## GMAC SmartLease® Agreement — Single Payment

**LESSEE** (and **CO-LESSEE**) ("You") name and address, including county
WESLEY GRAHAM REID
4220 S DOUGLAS RD
COCONUT GROVE, MIAMI-DADE, FL 33133

**Garaging address** (if different)

Principal driver (if business use)

**LESSOR** (Retailer)
Miami Lakes CJ LLC
16600 NW 57TH AVENUE
MIAMI, FL          33014

This is an agreement to lease a vehicle. This is not a purchase agreement. You are not buying the vehicle. By signing this lease, you agree to everything on the front and back. "We," "us," and "our" refer to Lessor named above and any assignee. An "assignee" is a person to whom this lease is assigned (if it is assigned).
☐ If this box is checked, Lessor (Retailer) will assign this lease and sell the vehicle to GMAC.
☒ If this box is checked, Lessor (Retailer) will assign this lease and sell the vehicle to _____ ALLY BANK _____
☐ If this box is checked, Lessor (Retailer) intends not to assign this lease.

CERTIFIED COPY

### THE VEHICLE YOU ARE LEASING

| New/Used | Year | Make & Model | Body Style | Vehicle ID # | Mileage | Primary Use | |
|---|---|---|---|---|---|---|---|
| NEW | 2012 | DODGE  CHALLENGER | | 2C3CDYBT5CH174187 | 78 | ☒ Personal, Family, or Household | ☐ Commercial, Business, or Agricultural |

Dealer Installed Options: _____     GVW (if truck) _____     ☐ Public Conveyance

### FEDERAL CONSUMER LEASING ACT DISCLOSURES

| 1. Amount Due at Lease Signing or Delivery (Itemized Below)* | 2. Single Periodic Payment | 3. Other Charges (not part of your single periodic payment) | 4. Total of Payments (The amount you will have paid by the end of the lease.) |
|---|---|---|---|
| $ 14350.65 | Your single periodic payment of $ 10641.12 is due on 27 FEB 2012. This is the total of the periodic payments. | Disposition fee (if you do not purchase the vehicle)  $ N.A.  $ N.A.  Total $ N.A. | $ 14350.65 |

*Itemization of Amount Due at Lease Signing or Delivery*

**5. Amount Due at Lease Signing or Delivery:**

a. Capitalized cost reduction .................................................. $  1500.00
b. Single periodic payment ..................................................... $  10641.12
c. Refundable security deposit .............................................. $  N.A.
d. GMAC administrative fee ................................................... $  795.00
e. License/registration/title fees ........................................... $  194.74
f. Sales/use tax ........................................................................ $  N.A.
g. Other tax (describe) __Tax On Fees/Cap Red Tax__ $  228.30
h. __FL Fees( 66.50 ) MVWEA(2.00)__ $  68.50
i. __DLR FEE/ENV PROT__ $  822.99
j. _____ $  N.A.
k. Total ..................................................................................... $  14350.65

**6. How the Amount Due at Lease Signing or Delivery will be paid:**

a. Net trade-in allowance ........................................................ $  -0-
b. Rebates and noncash credits ............................................ $  1500.00
c. Amount to be paid in cash ................................................. $  12850.65

d. Total ..................................................................................... $  14350.65

**7. Your single periodic payment is derived as shown below:**

a. Gross capitalized cost. The agreed upon value of the vehicle ($ 32467.96 ) and any items you pay for over the lease term (such as service contracts and any outstanding prior credit or lease balance) ............. $ 32467.96
b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost ............. − $ 1500.00
c. Adjusted capitalized cost. The amount used in calculating your base single periodic payment ............. = $ 30967.96
d. Residual value. The value of the vehicle at the end of the lease used in calculating your base single periodic payment ............. − $ 23389.70
e. Depreciation and any amortized amounts. The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term ............. = $ 7578.26
f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts ............. + $ 2366.62
g. Total of base periodic payments. The depreciation and any amortized am[ounts] ............. = $ 9944.88
h. Lease payments. The number of payments in your lease ............. ÷ 1
i. Base single periodic payment ............. = $ 9944.88
j. Sales/use tax (estimated)

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| b. Single periodic payment | $ | | a. Net trade-in allowance | $ -0- |
| c. Refundable security deposit | $ 10641.12 | | b. Rebates and noncash credits | $ 1500.00 |
| d. GMAC administrative fee | $ N.A. | | c. Amount to be paid in cash | $ 12850.65 |
| e. License/registration/title fees | $ 795.00 | | | |
| f. Sales/use tax | $ 194.74 | | | |
| g. Other tax (describe) Tax On Fees/Cap Red Tax | $ N.A. | | | |
| h. FL Fees( 66.50 ) MVWEA(2.00) | $ 228.30 | | | |
| i. DLR FEE/ENV PROT | $ 68.50 | | | |
| j. | $ 822.99 | | | |
| | $ N.A. | | | |
| k. Total | $ 14350.65 | | d. Total | $ 14350.65 |

7. Your single periodic payment is derived as shown below:

a. **Gross capitalized cost.** The agreed upon value of the vehicle ($ 32467.96 ) and any items you pay for over the lease term (such as service contracts and any outstanding prior credit or lease balance) .................. $ 32467.96

b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost ............. − $ 1500.00

c. **Adjusted capitalized cost.** The amount used in calculating your base single periodic payment ............. = $ 30967.96

d. **Residual value.** The value of the vehicle at the end of the lease used in calculating your base single periodic payment ............. − $ 23389.70

e. **Depreciation and any amortized amounts.** The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term ............. = $ 7578.26

f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts ............. + $ 2366.62

g. **Total of base periodic payments.** The depreciation and any amortized amounts plus the rent charge ............. = $ 9944.88

h. **Lease payments.** The number of payments in your lease ............. ÷ 1

i. **Base single periodic payment** ............. = $ 9944.88

j. **Sales/use tax (estimated)** ............. + $ 696.24

k. ............. + $ N.A.

l. **Total single periodic payment** ............. = $ 10641.12

**Early Termination.** You may have to pay a substantial charge if you end this lease early. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be. The charge may be up to several thousand dollars.

8. **Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 10,000 miles per year at the rate of $ .20 per mile.

9. **Purchase Option at End of Lease Term.** You have an option to buy the vehicle at the end of the lease term for $ 25889.70 , plus official fees and taxes.

10. **Other Important Terms.** See your lease documents for additional information on early termination, purchase options, and maintenance responsibilities, warranties, default charges, and insurance.

11. **ITEMIZATION OF GROSS CAPITALIZED COST.**
   a. Agreed upon value of the vehicle .................. $ 32467.96
   b. _____ + $ N.A.
   c. Gross Capitalized Cost ............. = $ 32467.96

12. **THE VEHICLE YOU ARE TRADING.** N.A.
   (year) (make) (model)
   Gross trade-in value .................. $ N.A.
   Payoff .................. − $ N.A.
   Net trade-in value .................. = $ N.A.

13. **OFFICIAL FEES AND TAXES.** You will pay all government license, title, registration, testing, and inspection fees for the vehicle. You will pay all taxes on the lease or the vehicle that the government levies on you, the vehicle, or us (except our net income taxes). We may bill you separately for official fees and taxes.

TOTAL ESTIMATED FEES AND TAXES YOU MUST PAY DURING LEASE .................. $ 1382.52
The actual total of fees and taxes may be higher or lower depending on tax rates in effect or the vehicle value when a fee or tax is assessed.
   a. Title/lien fees .................. $ N.A.
   b. Registration fees/taxes .................. $ N.A.

For trucks of 10,000 lbs. GVW or more and public conveyance vehicles, liability insurance must instead (a) provide primary coverage of at least $50,000 for property damage, $100,000 for bodily injuries to any one person, and $300,000 for bodily injuries for any one accident, and umbrella coverage of at least $1,000,000 or (b) have a combined single limit of at least $1,000,000 for bodily injuries and property damage for any one accident.

Physical damage insurance must have deductibles of no more than $1,000 for collision and upset loss and $1,000 for comprehensive fire and theft loss.

If you move to a new state, we will require coverage amounts in keeping with our requirements for the new state. We now estimate that those amounts will be the same as those in this lease, but they may be higher.

**Insurance Notice**

The valid and collectible insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by sections 324.021(7) and 627.736, Florida Statutes.

YOU AGREE THAT YOUR OWN LIABILITY AND PERSONAL INJURY PROTECTION INSURANCE WILL PROVIDE PRIMARY INSURANCE COVERAGE UP TO ITS FULL POLICY LIMITS UNDER THE AGREEM

...important terms. See your lease documents for additional information on early termination, purchase options, and maintenance responsibilities, warranties, default charges, and insurance.

**11. ITEMIZATION OF GROSS CAPITALIZED COST.**
 a. Agreed upon value of the vehicle ............................................. $ __32467.96__
 b. _____ + $ __N.A.__
             c. Gross Capitalized Cost ................... = $ __32467.96__

**12. THE VEHICLE YOU ARE TRADING.** __N.A.__
             (year)      (make)      (model)
 Gross trade-in value ................................................................ $ __N.A.__
 Payoff ..................................................................................... − $ __N.A.__
 Net trade-in value ................................................................... = $ __N.A.__

**13. OFFICIAL FEES AND TAXES.** You will pay all government license, title, registration, testing, and inspection fees for the vehicle. You will pay all taxes on the lease or the vehicle that the government levies on you, the vehicle, or us (except our net income taxes). We may bill you separately for official fees and taxes.

TOTAL ESTIMATED FEES AND TAXES YOU MUST PAY DURING LEASE ............ $ __1382.52__
The actual total of fees and taxes may be higher or lower depending on tax rates in effect or the vehicle value when a fee or tax is assessed.

 a. Title/lien fees ........................................................................... $ __N.A.__
 b. Registration fees/taxes .......................................................... $ __N.A.__
 c. License fees/taxes ................................................................. $ __389.48__
 d. Sales/use taxes (including tax on capitalized cost reduction) ........ $ __924.54__
 e. Excise taxes ........................................................................... $ __N.A.__
 f. Property taxes ........................................................................ $ __N.A.__
 g. Other (describe) __FLORIDA FEES__ ....................................... $ __66.50__
 h. Other (describe) __MVWEA__ ................................................ $ __2.00__
 i. Other (describe) _____ $ __N.A.__

**14. CHARGE FOR FINES.** If the government places a fine on the vehicle and you do not pay it promptly, we may pay it. Each time we pay a fine, you will pay us the fine plus $20.

**15. SCHEDULED LEASE END DATE.** This lease is scheduled to end __02-26-14__.
You are scheduled to return the vehicle on this date.      (month)   (day)   (year)

**16. LEASE END DAILY EXTENSION CHARGE.** $ __39.00__ per day (plus tax), beginning on the eighth day after scheduled lease end date.

**17. MILEAGE.** __ULTRA LOW MILEAGE PROGRAM 10,000 MI/yearly in a__
 Base Mileage Allowance.    ☐ 15,000 miles/year.    ☐ Low mileage: 12,000 miles/year.
                             ☐ Medium-duty truck (gasoline): 25,000 miles/year
                             ☐ Medium-duty truck (diesel): 35,000 miles/year

Extra Miles. You are buying __-0-__ extra miles at $ __N.A.__ per mile. If this lease ends on or after the start of the last monthly period, we will credit you with $ __N.A.__ per mile for each unused extra mile. **There will be no credit if the lease ends early, you buy the vehicle, or the vehicle is a total loss.**

Total Allowed Mileage on the Odometer at Lease End is __20,070__ miles.
 Starting odometer mileage ........................................................ __78__ miles
 Base mileage allowance ......................................... + __19,992__ miles
 Purchased extra miles ............................................ + __-0-__ miles

Excess Mileage Charge. The excess mileage charge is $ __.20__ per mile for each mile beyond the total allowed miles, plus tax. If the lease ends early and the vehicle is not a total loss, any excess mileage and wear charge will not be more than residual value minus the...

For trucks of 10,000 lbs. GVW or more and public conveyance vehicles, liability insurance must instead (a) provide primary coverage of at least $50,000 for property damage, $100,000 for bodily injuries to any one person, and $300,000 for bodily injuries for any one accident, and umbrella coverage of at least $1,000,000 or (b) have a combined single limit of at least $1,000,000 for bodily injuries and property damage for any one accident.

Physical damage insurance must have deductibles of no more than $1,000 for collision and upset loss and $1,000 for comprehensive fire and theft loss.

If you move to a new state, we will require coverage amounts in keeping with our requirements for the new state. We now estimate that those amounts will be the same as those in this lease, but they may be higher.

**Insurance Notice**

**The valid and collectible insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by sections 324.021(7) and 627.736, Florida Statutes.**

**YOU AGREE THAT YOUR OWN LIABILITY AND PERSONAL INJURY PROTECTION INSURANCE WILL PROVIDE PRIMARY INSURANCE COVERAGE UP TO ITS FULL POLICY LIMITS UNDER THE AGREEMENT.**

__USAA INS__
_____
**(NAME OF LESSEE'S INSURANCE COMPANY)**

**REQUIRED VEHICLE INSURANCE INFORMATION.** You affirm that liability and physical damage policies that meet our requirements (see the other side) are in force on the date of this lease as follows:
 Insurance company name: __USAA INS__
 Insurance agency name: __USAA DIRECT__
 Agency address: __9800 FREDERICKSBU    SAN ANTONIO, TX__
 Agency phone no.: __800 531-8722__
 Agent's name: __USAA DIRECT__
 Policy no.: __002795424 C 7104__   ☐ Liability   ☒ Physical damage
 Deductibles: Collision $ __1000.00__   ☒ Comprehensive $ __1000.00__

 Insurance company name: _____
 Insurance agency name: _____
 Agency address: _____
 Agency phone no.: _____
 Agent's name: _____
 Policy no.: _____ ☐ Physical damage
 Deductibles: Collision $ _____   Comprehensive $ _____

**19. WARRANTY AND EXCLUSION OF WARRANTY.** You have the benefit of any warranty checked below.
 ☒ Standard manufacturer's warranty
 ☐ _____

Warranty papers that are separate from this lease state any coverage limits.
The law gives you a warranty that the vehicle conforms to the description in this lease.
**THERE ARE NO OTHER EXPRESS WARRANTIES ON THE VEHICLE. WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY. THERE IS NO WARRANTY THAT THE VEHICLE IS FIT FOR A PARTICULAR PURPOSE.**

**20. OPTIONAL SERVICE AND MAINTENANCE CONTRACTS.**

**15. SCHEDULED LEASE END DATE.** This lease is scheduled to end __02-28-14__. You are scheduled to return the vehicle on this date.    (month) (day) (year)

**16. LEASE END DAILY EXTENSION CHARGE.** $__39.00__ per day (plus tax), beginning on the eighth day after scheduled lease end date.

**17. MILEAGE.** ULTRA LOW MILEAGE PROGRAM 10,000 MI / yearly wr
Base Mileage Allowance.
☐ 15,000 miles/year.   ☐ Low mileage: 12,000 miles/year.
☐ Medium-duty truck (gasoline): 25,000 miles/year
☐ Medium-duty truck (diesel): 35,000 miles/year

Extra Miles. You are buying __-0-__ extra miles at $ __N.A.__ per mile. If this lease ends on or after the start of the last monthly period, we will credit you with $ __N.A.__ per mile for each unused extra mile. **There will be no credit if the lease ends early, you buy the vehicle, or the vehicle is a total loss.**

Total Allowed Mileage on the Odometer at Lease End is __20,070__ miles.
Starting odometer mileage.............................................. __78__ miles
Base mileage allowance................................................ + __19,992__ miles
Purchased extra miles.................................................. + __-0-__ miles

**Excess Mileage Charge.** The excess mileage charge is $ __20.20__ per mile for each mile beyond the total allowed miles, plus tax. If the lease ends early and the vehicle is not a total loss, any excess mileage and wear charge will not be more than residual value minus the vehicle sale price. There is no excess mileage charge if you buy the vehicle.

**18. REQUIRED VEHICLE INSURANCE.** You must insure the vehicle through liability and physical damage policies acceptable to us. The policies must not exclude or restrict coverage if you were to drive the vehicle, or when the driver is someone you allow to drive the vehicle or who is likely to drive the vehicle. The policies must show any additional insureds and loss payees that we require. If this lease is assigned to GMAC the additional insured and loss payee is "GMAC and its successors and assigns", P.O. Box 650100, Hunt Valley, MD 21065-0100. You must give us proof of insurance when we ask. **We require no other insurance.**

Liability insurance must (a) cover at least $50,000 for property damage, $100,000 for bodily injuries to any one person, and $300,000 for bodily injuries for any one accident, or (b) have a combined single limit of at least $500,000 for bodily injuries and property damage for any one accident.

Agent's name: __USAA DIRECT__
Policy no.: __002795424 C 7104__  ☐ Liability  ☐ Physical damage
Deductibles: Collision $ __1000.00__  X Comprehensive $ __1000.00__ X
Insurance company name: ____
Insurance agency name: ____
Agency address: ____
Agency phone no.: ____
Agent's name: ____
Policy no.: ____  ☐ Physical damage
Deductibles: Collision $ ____  Comprehensive $ ____

**19. WARRANTY AND EXCLUSION OF WARRANTY.** You have the benefit of any warranty checked below.
☐ Standard manufacturer's warranty
☒
☐ ____

Warranty papers that are separate from this lease state any coverage limits.
The law gives you a warranty that the vehicle conforms to the description in this lease.
**THERE ARE NO OTHER EXPRESS WARRANTIES ON THE VEHICLE. WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY. THERE IS NO WARRANTY THAT THE VEHICLE IS FIT FOR A PARTICULAR PURPOSE.**

**20. OPTIONAL SERVICE AND MAINTENANCE CONTRACTS.**
Name ____ Term __N.A.__ months, __N.A.__ miles
Name __N.A.__ Term __N.A.__ months, __N.A.__ miles
If you are buying a service or maintenance contract now, you may pay for it at lease signing. If you do not, the price will be in the capitalized cost and you will pay rent charges on the price.

You are not required to buy a service or maintenance contract as part of this lease. Your choice of providers for any service or maintenance contract you buy will not affect our decision to lease to you.

**THIS IS THE ENTIRE AGREEMENT.** This lease, including the front and back of this form, contains the entire agreement between you and us relating to the lease of the vehicle. Any change to the terms of this lease must be in writing and signed by you and us. No oral changes are binding.

LESSEE: X _____  BY: X _____  CO-LESSEE: X _____

We may delay or refrain from enforcing any of our rights under this lease without losing them.

**NOTICE TO LESSEE. 1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. 2. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.**

YOU SIGNED THIS AGREEMENT AND RECEIVED A COPY AT __MIAMI, FL__ (city) ____ (state) ON __02__ (month) __27__ __12__ (day) (year)

LESSEE: X _____  BY: X _____  CO-LESSEE: X _____

LESSOR: __WESLEY GRAHAM REID__
         __Miami Lakes CJ LLC__   SIGNATURE AND TITLE: X _____

Lessor assigns all right, title, and interest in this lease to the party identified in this lease as the intended assignee, under the terms of the Lease Plan Dealer Agreement in effect from time to time with the assignee (the "Dealer Agreement"). Lessor also assigns all right, title, and interest in the leased vehicle to the party identified in this lease as the intended assignee, or its designee, under the terms of the Dealer Agreement.

LESSOR: __Miami Lakes CJ LLC__  BY: X _____  TITLE: _____

**SEE OTHER SIDE FOR OTHER IMPORTANT AGREEMENTS INCLUDING A PROHIBITION OF TRANSFER OF YOUR INTEREST.**

671 SINGLE FL  6/2006(4)  (For use in the State of Florida)
Copyright 2006 GMAC. All Rights Reserved.

ORIGINAL – GMAC                                           Lease Agreement 9

## INSURANCE, USE, AND CARE OF THE VEHICLE

**21. USE.** You will not

— Use the vehicle illegally, improperly, or for hire.
— Use the vehicle in a way that your insurance policy prohibits.
— Remove the vehicle from the United States, except for trips to Canada of under 60 days.
— Move the vehicle to another state for more than 30 days without telling us.
— Change the vehicle without our written consent.
— Replace parts, accessories, or tires with rented or leased items.
— Expose the vehicle to seizure, confiscation, forfeiture, or other involuntary transfer.

You will not let anyone else do any of these things.

**22. MAINTENANCE, REPAIRS, OPERATING EXPENSES, AND DAMAGE.** You will maintain and repair the vehicle to keep it in good condition. Replacement sheet metal must be new original equipment manufacturer parts. Other replacement parts must be original equipment manufacturer parts or parts of equal quality and design. (If insurance will pay for repairs, ask your insurance company to specify original equipment manufacturer sheet metal.) You will pay all maintenance, repair, and operating expenses, including gas and oil. If the odometer stops working, you must fix it immediately. You will service the vehicle as the manufacturer recommends. You will follow the manufacturer's instructions in any recall. If you don't do these things, we may do them. You will owe us our cost if we do. We may inspect the vehicle at any reasonable time and place.

When you take possession of the vehicle, you take on the risks of loss of the vehicle and of damage to it. If the vehicle is damaged, stolen, or destroyed and money becomes available from insurance, a judgment, a settlement, or the like, we will treat the money as an insurance settlement. We and/or Vehicle Asset Universal Leasing Trust will be entitled to this money. If the lease ends in connection with our receipt of the money, we will treat any money we do not use to repair the vehicle as sale proceeds.

**23. EXCESS WEAR.** Excess wear is wear that is beyond normal wear. Excess wear includes: (a) glass that is damaged or that you tinted; (b) a damaged or corroded body, trim, frame, crossmember, suspension, engine, powertrain, or other mechanical part; (c) damaged paint; (d) a torn, damaged, or stained interior or trunkliner; (e) a pickup bed with a non-dealer installed sprayed-on bedliner; (f) sheet metal that is not original equipment sheet metal; (g) missing equipment or parts that were in or on the vehicle when delivered and not replaced with equipment or parts of equal quality and design (including a missing wheel, wheel cover, jack, or wheel wrench); (h) a tire (including spare) that is unsafe, is not the size and type the manufacturer recommends, is recapped or a snow tire, or has less than 1/8 inch of tread left at the shallowest point; (i) a damaged or worn brake that does not meet government safety standards; (j) oil leaks or low oil pressure; (k) a malfunctioning electrical system, battery, or lights; (l) any other condition that makes the vehicle run in a noisy, rough, improper, unsafe, or unlawful way; and (m) any other damage, whether or not insurance covers it.

**24. LIENS.** You will keep the vehicle free of liens unless we agree to them. If you do not remove any liens, we may do so. You will pay us any amount we pay to do so.

## WHEN THE LEASE CAN END

**25. SCHEDULED END.** This lease is scheduled to end on the date shown on the front. If this lease ends on or after the start of the last monthly period, we will treat the lease as if it ended as scheduled and not as if it ended early. However, if the vehicle is a total loss before the scheduled lease end date, the Gap Protection section applies.

**26. LEASE END DAILY EXTENSION.** At scheduled lease end, if you keep the vehicle and do not buy it, you elect to extend the lease and pay a daily extension charge beginning on the eighth day after the scheduled lease end date. The charge is shown on the front. We may limit the number of days you extend the lease. During the daily extension period, you agree to comply with the terms of this lease, other than terms that apply to early end. The total allowed mileage will not increase.

**27. EARLY END.** You may end this lease anytime. We may end this lease if you are in default or if the vehicle is a total loss.

**28. DEFAULT.**
You will be in default if any of these things happens:

— You do not pay on time.
— You made a material misrepresentation when you applied for this lease.
— You start a bankruptcy, receivership, or insolvency proceeding or one is started against you or your property.
— You break any other agreements in this lease.
— You do anything the law says is a default.

If you are in default, we may:

— End this lease and require you to pay any amount due according to the What You Owe at Early End Section.
— Take the vehicle from you without demand. If the law permits, we may go on your property to take the vehicle. If the vehicle has an electronic locating device, we may use the device to find the vehicle.
— Sue you for damages and to get the vehicle back.
— Pursue any other remedy the law gives us.

We will exercise our rights without breach of the peace, at reasonable times and places, in a reasonable way, as the law permits. We may take and store any personal items that are in the vehicle. If you do not ask for these items back, we may dispose of them as the law allows. You will pay our reasonable expenses of taking these actions as the law allows. These expenses may include expenses of taking and storing the vehicle, attorney's fees, collection costs, and court costs.

**29. TRANSFER.** You may be able to transfer this lease instead of ending it early, if we approve. If you would like to transfer this lease, please ask us about the requirements and your responsibilities.

## AT LEASE END

**30. VEHICLE RETURN.** At lease end, you will return the vehicle (including any dealer installed options you do not buy outright) to any reasonable place we tell you, unless you buy the vehicle. After you return the vehicle, you will call us promptly at 1-800-200-4622 and tell us where you left the vehicle.

**31. OPTION TO BUY THE VEHICLE.** You have an option to buy the vehicle only at scheduled

**32. ODOMETER DISCLOSURE.** Federal law requires you to tell us the vehicle's mileage in connection with a transfer of vehicle ownership. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

day after the scheduled lease end date. The charge is shown on the front. We may limit the number of days you extend the lease. During the daily extension period, you agree to comply with the terms of this lease, other than terms that apply to early end. The total allowed mileage will not increase.

**27. EARLY END.** You may end this lease anytime. We may end this lease if you are in default or if the vehicle is a total loss.

**28. DEFAULT.**
You will be in default if any of these things happens:
— You do not pay on time.
— You made a material misrepresentation when you applied for this lease.
— You start a bankruptcy, receivership, or insolvency proceeding or one is started against you or your property.
— You break any other agreements in this lease.
— You do anything the law says is a default.

— Pursue any other remedy the law gives us.

We will exercise our rights without breach of the peace, at reasonable times and places, in a reasonable way, as the law permits. We may take and store any personal items that are in the vehicle. If you do not ask for these items back, we may dispose of them as the law allows. You will pay our reasonable expenses of taking these actions as the law allows. These expenses may include expenses of taking and storing the vehicle, attorney's fees, collection costs, and court costs.

**29. TRANSFER.** You may be able to transfer this lease instead of ending it early, if we approve. If you would like to transfer this lease, please ask us about the requirements and your responsibilities.

## AT LEASE END

**30. VEHICLE RETURN.** At lease end, you will return the vehicle (including any dealer installed options you do not buy outright) to any reasonable place we tell you, unless you buy the vehicle. After you return the vehicle, you will call us promptly at 1-800-200-4622 and tell us where you left the vehicle.

**31. OPTION TO BUY THE VEHICLE.** You have an option to buy the vehicle only at scheduled lease end. See the front for the price. You must also pay any related official fees and taxes.

**32. ODOMETER DISCLOSURE.** Federal law requires you to tell us the vehicle's mileage in connection with a transfer of vehicle ownership. You may be fined and/or imprisoned if you do not complete the disclosure or if you make a false statement.

## WHAT YOU OWE AT LEASE END

**33. WHAT YOU OWE AT SCHEDULED END.**
(a) IF YOU BUY THE VEHICLE: If you have paid us and kept your agreements, you will owe us nothing more.

(b) IF YOU DO NOT BUY THE VEHICLE: If you have kept your agreements, you will owe us only any excess mileage charge, any lease end daily extension charge, and our estimated or actual cost of repairing excess wear, plus any tax. (We do not have to make repairs.)

**34. WHAT YOU OWE AT EARLY END.** The single periodic payment due at lease signing prepays depreciation and any amortized amounts, plus the rent charge. If this lease ends early, we may give you a credit for portions of these amounts. If the vehicle is a total loss, see the Gap Protection section. Otherwise, to determine whether you owe us or we owe you, and the amount, we will:

A. Give you a credit for any unearned rent charge, based on the number of full monthly periods between early end and scheduled end. The first monthly period begins on the day you sign this lease. We will use the actuarial method to figure the unearned rent charge on a monthly basis. (You may ask us for an explanation of the actuarial method.) We will treat the rent charge for each monthly period as fully earned on the period's first day.

B. Sell the vehicle at wholesale, unless you get an appraisal or gap protection applies. If we sell the vehicle for more than residual value, we will give you a *surplus credit* for the excess, up to the amount of remaining prepaid depreciation. The remaining prepaid depreciation is:

    The base single periodic payment,
    ÷ The number of months in the lease,
    X The number of full monthly periods between early end and scheduled end,
    – The unearned rent charge credit.

If we sell the vehicle for residual value or less, the surplus credit will be zero.

C. Charge you for any early excess mileage and excess wear if we sell the vehicle for less than residual value. This charge is any excess mileage charge, plus our estimate or actual cost of any repairs the vehicle needs because of excess wear (we do not have to make repairs), plus any tax. This charge will not exceed residual value minus the vehicle sale price.

D. Give you a credit for any amount we get from cancellations of optional service, maintenance, or other contracts that we financed for you.

E. Charge you for any unpaid fees and taxes and any amounts due because you broke agreements in this lease.

If the sum of the credits exceeds the sum of the charges, we will refund the difference to you.

B. Give you a *gap credit* for the remaining prepaid depreciation. The remaining prepaid depreciation is:
    The base single periodic payment,
    ÷ The number of months in the lease,
    X The number of full monthly periods between early end and scheduled end,
    – The unearned rent charge credit.

C. Give you an *insurance surplus credit* based on the amount of the insurance settlement.
    1) If the money we get from your insurance is more than residual value plus the remaining prepaid depreciation, the difference will be the insurance surplus credit.
    2) If the money we get from your insurance is less than or equal to residual value plus the remaining prepaid depreciation, the insurance surplus credit is zero.

D. If there is no insurance surplus credit, charge you the amount of your insurance deductible, up to the amount, if any, by which residual value plus remaining prepaid depreciation exceeds the money we get from your insurance.

E. Also, if there is no insurance surplus credit, charge you for any excess mileage, up to the amount, if any, by which residual value plus remaining prepaid depreciation exceeds the money we get from your insurance plus the deductible. We will charge you for any tax on the excess mileage charge.

F. Give you a credit for any amount we get from cancellations of optional service, maintenance, or other contracts that we financed for you.

G. Charge you for any unpaid fees and taxes and any amounts due because you broke agreements in this lease.

If the sum of the credits exceeds the sum of the charges, we will refund the difference to you. If the sum of the charges exceeds the sum of the credits, you will owe us the difference.

If the vehicle is a total loss and we do not get an insurance settlement, there is no gap protection. We will:

A. Give you an unearned rent charge credit, figured as described above.
B. Charge you any excess of the vehicle's residual value over its salvage value.
C. Give you a credit for any amount we get from cancellations of optional service or maintenance contracts.

+ The number of months in the lease,
x The number of full monthly periods between early end and scheduled end
− The unearned rent charge credit.

If we sell the vehicle for residual value or less, the surplus credit will be zero.

C. Charge you for any early excess mileage and excess wear if we sell the vehicle for less than residual value. This charge is any excess mileage charge, plus our estimate or actual cost of any repairs the vehicle needs because of excess wear (we do not have to make repairs), plus any tax. This charge will not exceed residual value minus the vehicle sale price.

D. Give you a credit for any amount we get from cancellations of optional service, maintenance, or other contracts that we financed for you.

E. Charge you for any unpaid fees and taxes and any amounts due because you broke agreements in this lease.

If the sum of the credits exceeds the sum of the charges, we will refund the difference to you.
If the sum of the charges exceeds the sum of the credits, you will owe us the difference.

**Appraisal.** You may get a professional appraisal of the vehicle's wholesale value. If you do so within a reasonable time, we will use the appraised value as the sale price when we figure the surplus credit (if any). The appraiser must be an independent third party. You and we must agree on the appraiser. You must pay for any appraisal. The appraisal will be binding.

**35. GAP PROTECTION.** If the vehicle is a total loss before the scheduled lease end date, and we get an insurance settlement, you have gap protection. Instead of the credits and charges above, we will:

A. Give you a credit for any unearned rent charge, based on the number of full monthly periods between early end and the scheduled lease end date. The first monthly period begins on the day you sign this lease. We will use the actuarial method to figure the unearned rent charge on a monthly basis. (You may ask us for an explanation of the actuarial method.) We will treat the rent charge for each monthly period as fully earned on the period's first day.

G. Charge you for any unpaid fees and taxes and any amounts due because you broke agreements in this lease.

If the sum of the credits exceeds the sum of the charges, we will refund the difference to you. If the sum of the charges exceeds the sum of the credits, you will owe us the difference.

If the vehicle is a total loss and we do not get an insurance settlement, there is no gap protection. We will:

A. Give you an unearned rent charge credit, figured as described above.

B. Charge you any excess of the vehicle's residual value over its salvage value.

C. Give you a credit for any amount we get from cancellations of optional service or maintenance contracts.

D. Charge you for any unpaid fees and taxes and any amounts due because you broke agreements in this lease.

If the sum of the credits exceeds the sum of the charges, we will refund the difference to you.
If the sum of the charges exceeds the sum of the credits, you will owe us the difference.

**36. SECURITY DEPOSIT.** If you paid a security deposit, we will use it at lease end to pay anything you owe under this lease and do not pay. We will not pay you interest on the security deposit. We will not add to the security deposit any proceeds, money, or funds we receive from the security deposit. After lease end, we will give back any part of the security deposit that is left.

## ADDITIONAL TERMS

**37. ASSIGNMENT BY LESSOR.** If this lease is assigned, the assignee may designate Vehicle Asset Universal Leasing Trust, or its trustee, as agent to hold title for the benefit of the assignee on the vehicle's certificate of title and/or registration.

Any sale and assignment will not be considered to change materially your duties, burden, or risk under this lease. Neither the assignee nor Vehicle Asset Universal Leasing Trust will have to make any repairs to the vehicle, get any insurance, or perform any service Lessor has agreed to perform under this lease. You will look only to Lessor for these services.

After assignment, GMAC will service this lease, if GMAC is the assignee or if GMAC helped to arrange this lease. You must then make all payments to GMAC (for its or the assignee's account) or as otherwise directed. If we assign this lease, you will not receive notice of assignment.

**38. PROHIBITION OF TRANSFER OF YOUR INTEREST.** YOU WILL NOT SUBLEASE OR OTHERWISE TRANSFER (EXCEPT TO YOUR ESTATE) ANY RIGHT OR INTEREST YOU HAVE UNDER THIS LEASE OR IN THE VEHICLE WITHOUT OUR PRIOR WRITTEN CONSENT.

You may be able to transfer this lease instead of ending it early, if we approve. If you would like to transfer this lease, please ask us about the requirements and responsibilities.

**39. INDEMNITY.** You will protect us from all losses, damages, injuries, claims, demands, and expenses arising out of the condition, maintenance, use, or operation of the vehicle. You agree to indemnify, and hold harmless, us and our assigns from all such losses, damages, injuries, claims, demands, and expenses.

---

**THIS IS A LEASE AGREEMENT.**
**THIS IS NOT A PURCHASE AGREEMENT.**
**PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.**

---

**SEE OTHER SIDE FOR OTHER IMPORTANT AGREEMENTS.**