UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-cv-22069-DPG

ROBERT A. SCHREIBER and WINIFRED C. BURNFIELD, individually and on behalf of all others similarly situated,

    Plaintiff(s),

vs.

ALLY FINANCIAL INC., a Delaware corporation, d/b/a ALLY BANK f/k/a GMAC, Inc.,

    Defendant(s).
_____/

## MEDIATION REPORT

Ellen Leesfield, the mediator in this case, hereby submits the following Mediation Report:

1. On July 20, 2017, counsel and the parties in the above-referenced case convened at Podhurst Orseck, P.A., One SE 3rd Avenue, Ste 2700, Miami, FL 33131, for a mediation conference in this case.

2. The parties Adjourned having made significant progress, but unable to completely resolve this matter.

3. A telephone conference with all counsel and the mediator is scheduled for August 7, 2017 at 4:00 pm EST.

4. The mediation is continued to August 28, 2017 at 10:00 am EST.

5. Accordingly, the undersigned hereby reports to this Court that the parties adjourned.

CASE NO.: 1:14-cv-22069-DPG
Mediation Report
Page 2

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of the foregoing has been furnished via electronic mail on this 20th day of July, 2017, to:

Respectfully submitted,

*/s/ Ellen S. Leesfield*

_____
ELLEN LEESFIELD, MEDIATOR
Email: adr@ellenleesfield.com
         ellen@ellenleesfield.com