IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-22069-DPG

ROBERT A. SCHREIBER and WINIFRED
C. BURNFIELD, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

ALLY FINANCIAL INC.,
a Delaware corporation, d/b/a ALLY BANK,
flkla GMAC,INC.

 Defendants.

## NOTICE OF ATTORNEY APPEARANCE
## ON BEHALF OF OBJECTOR STEPHEN KRON

The undersigned attorney, STEPHEN D. FIELD, ESQ., enters his notice of appearance as counsel on behalf of Objector, STEPHEN KRON, and requests that the Court and Parties direct all mailings, notices, and service of motions, pleadings, discovery, and any other relevant documents to the undersigned.

WHEREFORE, attorney, STEPHEN D. FIELD, ESQ., hereby gives notice to the Court of his appearance as counsel on behalf of the Objector, STEPHEN KRON.

Dated: August 31, 2018
    Miami, Florida

STEPHEN D. FIELD, P.A.

By: /s/ Stephen D. Field
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
Email: steve@field-law.com
STEPHEN D. FIELD, P.A.
102 E 49th Street
Hialeah, FL 33013
Telephone: (305) 698-3421
Direct Line: (305) 798-1335
Facsimile: (786) 631-5321
*Attorney for Objector Stephen Kron*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August 31, 2018 and served by the same means on all counsel of record.

By: /s/ Stephen D. Field