UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14-cv-22069-DPG

ROBERT A. SCHREIBER, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

ALLY FINANCIAL INC., et. al.

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that STEPHEN KRON, Objector in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following Order and Final Judgment of the United States District Court Southern District of Florida: Final Order Approving Class Action Settlement and Certifying Settlement Class [D.E. 97] and Final Judgment [D.E. 98].

Dated: November 9, 2018
       Miami, Florida

                                  Respectfully submitted,
                                  STEPHEN D. FIELD, P.A.

By:    */s/ Stephen D. Field*
STEPHEN D. FIELD, ESQ.
Florida Bar No. 554111
Email: steve@field-law.com
102 E 49th Street
Hialeah, FL 33013
Telephone: (305) 798-1335
Facsimile: (305) 698-1930
*Attorney for Objector Stephen Kron*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on November 9, 2018 and served by the same means on all counsel of record.

By: _/s/ Stephen D. Field_